# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>ROBERT B. LONG | )<br>)<br>) Case No: 1:08CR000088-001<br>) USM No: 08930-028 |
| Date of Original Judgment: 09/23/2009<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Sara Varner<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   200 (140 on Ct. 1)   months **is reduced to**   140 (121 months on Ct. 1)  .

*(Complete Parts I and II of Page 2 when motion is granted)*

The total sentence is reduced to 200 months, that is, 140 months on Count 1 and 60 months on Counts 2, 3, 5, and 7, to be concurrently with one another and consecutive to Count 1.

Except as otherwise provided, all provisions of the judgment dated   09/23/2009   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 2/4/2019

*/s/ Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Effective Date: _____
*(if different from order date)*