# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

United States of America
v.
ROBERT B. LONG

Case No: 1:08CR000088-001
USM No: 08930-028

Date of Original Judgment: 09/23/2009
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Sara Varner
*Defendant's Attorney*

## CORRECTED ORDER REGARDING MOTION FOR
## SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 300 (240 on Ct. 1) months **is reduced to** 200 (140 months on Ct. 1).

*(Complete Parts I and II of Page 2 when motion is granted)*

The total sentence is reduced to 200 months, that is, 140 months on Count 1 and 60 months on Counts 2, 3, 5, and 7, to be concurrently with one another and consecutive to Count 1.

Except as otherwise provided, all provisions of the judgment dated 09/23/2009 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 2/15/2019

Effective Date: 2/04/2019
*(if different from order date)*

*[signature: Sarah Evans Barker]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana